HARRY LEMBERGER, Respondent, v. SAM KANER and Others, Appellants.— Judgment reversed upon the law and the facts, with costs, and judgment directed for defendants, with costs. The testimony and documentary proof lead us to the conclusion that the transaction complained of was not fraudulent. The transfer carried with it not exceeding $7,000 in property belonging to defendant Sam Kaner for the discharge of existing indebtedness considerably in excess of that sum. There was a fair consideration given for this transfer within the provisions of section 272 of the Debtor and Creditor Law.* The arrangement was acquiesced in by all creditors except the plaintiff, and there is no basis for inferring wrongdoing from the fact that the creditors decided to have the business continued and to satisfy themselves out of future earnings if the business so warranted. Findings of fact and conclusions of law to the effect that the transaction was fraudulent and void as to the plaintiff or any creditor are reversed, and new findings and appropriate conclusions of law will be made. Lazansky, P. J., Rich, Kapper, Seeger and Scudder, JJ., concur. Settle order on notice.

ELSIE LEVY, Appellant, v. JOHN LEVY, Respondent.— Order denying motion for alimony and counsel fee affirmed, without costs. No opinion. Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ., concur.

OSCAR LEVY, Respondent, v. SCHNURMACHER CONSTRUCTION CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Rich, Young, Seeger and Scudder, JJ., concur; Lazansky, P. J., dissents and votes for reversal upon the ground that the covenant is personal and does not run with the land, and upon the further ground that defendant's land is not burdened with the covenant, because he cannot use the driveway in connection with the land.

JOSEPH LIBEN and Others, Respondents, v. GORE BUILDING CORPORATION, Appellant, and THE PEOPLE OF THE STATE OF NEW YORK, Defendant.— Order denying motion of defendant Gore Building Corporation to vacate and set aside judgment of foreclosure and sale, bill of costs, order of reference, referee's report and notice of sale affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty and Carswell, JJ., concur; Seeger, J., dissents and votes for reversal.

EDWIN C. E. LORD and GEORGE W. LORD, Individually and as Surviving Trustees under the Last Will and Testament of MARY A. T. LORD, Deceased. CHARLOTTE C. L. BOLTEN and ELLIS LORD, Respondents, Appellants, v. PETER SONSIRE, Appellant, Respondent.— Order granting in part and denying in part plaintiffs' motion to strike out certain parts of answer affirmed, without costs. Defendant to serve an amended answer, as directed by the order appealed from, within ten days from service of a copy of the order herein. No opinion. Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ., concur.

---

* Added by Laws of 1925, chap. 254.— [REP.